**Electronically Filed
Supreme Court
SCWC-19-0000065
31-JAN-2024
09:53 AM
Dkt. 9 ODMR**

SCWC-19-0000065

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CITIGROUP MORTGAGE
LOAN TRUST INC., MORTGAGE-BACKED NOTES, SERIES 2005-11,
Respondent/Plaintiff-Appellee,

vs.

HOWARD E. GREENBERG; DENISE C. GREENBERG,
Petitioners/Defendants-Appellants,

and

WELLS FARGO BANK, N.A.; KE ALIʻI KAI ASSOCIATION, INC.,
Respondents/Defendants-Appellees.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000065; CIVIL NO. 16-1-0554(1))

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Upon consideration of the motion for reconsideration filed January 29, 2024, and the record, this court has not overlooked or misapprehended points of law or fact.

IT IS HEREBY ORDERED that the motion is denied.

DATED: Honolulu, Hawaiʻi, January 31, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

